IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| RONALD WINN | : | CIVIL ACTION |
|---|---|---|
| | : | |
| v. | : | NO. 19-3089 |
| | : | |
| TAMMY FERGUSON, *et al.* | : | |

## ORDER

**AND NOW**, this 20th day of July 2020, upon careful and independent consideration of the Petition for a writ of habeas corpus (ECF Doc. No. 1), the Response to the Petition (ECF Doc. No. 12), Petitioner's Reply (ECF Doc. No. 16), United States Magistrate Judge Henry S. Perkin's June 15, 2020 Report and Recommendation (ECF Doc. No. 17), Petitioner's Objections (ECF Doc. No. 20), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Judge Perkin's June 15, 2020 Report and Recommendation (ECF Doc. No. 17) is **APPROVED** and **ADOPTED** as we **overrule** Petitioner's Objections (ECF Doc. No. 20);

2. We **DENY** and **DISMISS** the Petition for a writ of habeas corpus (ECF Doc. No. 1) with prejudice;

3. We **DENY** a certificate of appealability;[1] and,

4. The Clerk of Court shall **close** this case.

_____
**KEARNEY, J.**

---

[1] *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).