IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RONALD WINN** | : CIVIL ACTION |
| | : |
| v. | : NO. 19-3089 |
| | : |
| **TAMMY FERGUSON, THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA, THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA** | : : : : : |

# ORDER

**AND NOW**, this 16th day of May 2022, upon considering Plaintiff's Motion for extraordinary relief under Rule 60(b) (ECF Doc. No. 39), having appointed a Federal Defender and setting a briefing schedule (ECF Doc. No. 40), the Defender's withdrawal (ECF Doc. No. 45), extensions of time, the Commonwealth's Response (ECF Doc. No. 52), our request to review the state court record (ECF Doc. Nos. 53-55), and for reasons in the accompanying Memorandum, it is **ORDERED** Plaintiff's Motion for extraordinary relief (ECF Doc. No. 39) is **DENIED** and we decline to issue a certificate of appealability.

**KEARNEY, J.**